**Manuel SILVA, Plaintiff—Appellant,**

v.

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al. Defendants—Appellees.**

No. 03–16003.

D.C. No. CV–S–01–0442–LRH–LRL.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 4, 2004.

Decided Oct. 7, 2004.

Cal J. Potter, III, Esq., Potter Law Offices, Las Vegas, NV, for Plaintiff–Appellant.

Jason J. Bach, Potter Law Office, John E. Gormley, Esq., Thomas Dillard, Rawlings Olson Cannon Gormley & Desruisseaux, Las Vegas, NV, for Defendants–Appellees.

Before MESKILL,[*] TROTT, and MCKEOWN, Circuit Judges.

MEMORANDUM [**]

Manuel Silva appeals the district court's granting of the motion for summary judgment of the Las Vegas Metropolitan Police Department ("Metro") and individual officers named as defendants (the "Defendant Officers"). Silva brought claims under 42 U.S.C. § 1983 against the Defendant Officers as individuals and Metro as a munici-

[*] The Honorable Thomas J. Meskill, Senior Judge for the United States Court of Appeals for the Second Circuit, sitting by designation.

pality, alleging that the Defendant Officers violated his Fourth Amendment rights by conducting an unreasonable search and seizure and by using excessive force against him. In addition, Silva brought tort claims under Nevada state law. *See* Nev.Rev.Stat. 41.032. We have jurisdiction under 28 U.S.C. § 1291.

We affirm for the reasons set out by the district judge in his order granting summary judgment dated May 12, 2003.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.